**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————————

No. 25-10700
Non-Argument Calendar

————————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

MARKTAVIOS DEVON MARTIN,

*Defendant-Appellant.*

————————————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:24-cr-00034-TKW-1

————————————————

Before JILL PRYOR, BRANCH, and ANDERSON, Circuit Judges.

PER CURIAM:

John A. Terrezza, appointed counsel for Marktavios Martin in this direct criminal appeal, has moved to withdraw from further representation of Martin and filed a brief pursuant to *Anders v.*

2                         Opinion of the Court                    25-10700

*California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because an independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Martin's conviction and sentence are **AFFIRMED**.